for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edwin C. Brandenburg* and *Mr. Charles A. Boynton* for petitioner. *Mr. Mark McMahon* for respondent.

---

No. 829. HUGHES ELECTRIC COMPANY *v.* LENA GREYER-BIEHL. March 10, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Aubrey Lawrence* and *Mr. Matthew W. Murphy* for petitioner. *Mr. A. L. Knauf* for respondent.

---

No. 847. T. HOGAN & SONS, INC. *v.* JOSEPH MILLER ET AL. March 10, 1924. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Eli J. Blair* for petitioner. *Mr. Harold R. Medina* for respondents.

---

No. 657. HORACE VAN DEVENTER *v.* WHOLESALE MERCHANTS WAREHOUSE COMPANY. March 17, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Tennessee denied. *Mr. Edward A. Harriman* for petitioner. *Mr. Thomas H. Malone* for respondent.

---

No. 792. GULF & SHIP ISLAND RAILROAD COMPANY ET AL. *v.* W. E. POWELL. March 17, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. L. L. Mayes, Mr. B. E. Eaton, Mr. T. J. Wills, Mr. Francis Raymond Stark* and *Mr. Joseph L. Egan* for petitioners. *Mr. R. L. McLaurin* for respondent.

---

No. 797. WELCH, FAIRCHILD & COMPANY, INC. *v.* PHILIPPINE NATIONAL BANK. March 17, 1924. Petition